Brian COLLAR, Appellant,

v.

STATE of Missouri, Respondent.

No. 58823.

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 8, 1991.

Application to Transfer Denied
Sept. 10, 1991.

Ellen A. Blau, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert
P. Sass, Asst. Atty. Gen., Jefferson City,
for respondent.

### ORDER

PER CURIAM.

Movant, Brian Collar, appeals from the
denial of his Rule 24.035 motion after an
evidentiary hearing. Movant raises for the
first time on appeal a claim of ineffective
assistance of counsel that was not con-
tained in movant's *pro se* or amended Rule
24.035 motions. The judgment of the trial
court is based on findings of fact and con-
clusions of law that are not clearly errone-
ous.

No jurisprudential purpose would be
served by a written opinion. However, the
parties have been furnished with a memo-
randum opinion for their information only,
setting forth the facts and reasons for this
order.

The judgment is affirmed. Rule 84.16(b).